

Cullen and Dykman LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
T: 212.732.2000
F: 212.825.1531

**MICHELLE MCMAHON, ESQ.**
**PARTNER**
DIRECT DIAL: **(212) 510-2296**
E-MAIL: MMCMAHON@CULLENLLP.COM

> This request is GRANTED in part and DENIED in part. The request to adjourn the settlement conference is granted. The request to reschedule the settlement conference to August 11, 2025 is denied. The Parties shall contact Courtroom Deputy Christopher Davis via email by May 23, 2025 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in June or July. The Parties proposed dates should keep in mind the discovery deadlines set by Judge Vyskocil. SO ORDERED.
>
> _/s/ Jennifer E. Willis_
> JENNIFER E. WILLIS
> United States Magistrate Judge
> May 7, 2025

*Via ECF*
Honorable Magistrate Judge Willis
United States District Court
Southern District of New York
40 Foley Sq., Room 425
New York, NY 10007

Re:   Bravo Mezz Fund LLC v. Nordica Bay, LLC, et al. Case No.: 24-cv-06107-MKV

Dear Judge Willis:

Plaintiff Bravo Mezz Fund LLC (the "Plaintiff") and Defendants Nordica Bay, LLC ("Nordica Bay"), Nordica Landing, LLC ("Nordica Landing") and Charles E. Lee ("Lee" and together with Nordica Bay and Nordica Landing, "Defendants" and together with the Plaintiff, the "Parties"), by and through their undersigned counsel, hereby request that the Court continue the mediation scheduled for May 28, 2025 to August 11, 2025, or a date shortly thereafter that is mutually acceptable to the Court and the Parties, and the related dates and deadlines. As set forth below, the Parties believe that there is good cause shown to continue the date of the mediation and that mediation at a later date would be more productive.

By separate letter to Judge Vyskocil, the Parties are also seeking an extension of certain deadlines in the case management order [Dkt. No. 50] ("Case Management Order") and subsequent approved extension of certain dates in the Case Management Order [Dkt. No. 54] related to discovery to provide the Parties additional time for settlement negotiations.

The Parties are engaged in meaningful negotiations with each other as well as with the holder of secured debt in an approximate aggregate amount of $30 million (the "Property Debt") held by the Property Debt lender (the "Property Debt Lender"). As the Court may recall, Nordica Bay and Nordica Landing are borrowers on mezzanine debt (the "Mezz Debt") that is central to all of the claims pled by Plaintiff against Defendants in this action (the "Claims"). The Mezz Debt in an approximate aggregate amount of $2 million and is secured by the membership interests of the Nordica Bay and Nordica Landing. The Property Debt is secured by senior secured liens on the real property and substantially all of the assets of Nordica Bay and Nordica Landing. Lee has guaranteed the Mezz Debt and the Property Debt. Negotiations have been productive, and the Parties believe that they are close to a resolution that would resolve the Claims and this litigation.



Cullen and Dykman LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
T: 212.732.2000
F: 212.825.1531

The Parties respectfully request the Court extend the Mediation scheduled for May 28, 2025 to August 11, 2025, or a date shortly thereafter that is mutually acceptable to the Court and the Parties, and the related dates and deadlines. The extension will allow the Parties to focus on their negotiations, and if the litigation is not resolved and mediation is still needed delay preparation of their mediation statement and mediation to a date when negotiations are further progressed, and mediation would be more productive.

The Parties are consenting to this proposed request. No prior request to extend the mediation has been made. Given the complex multiparty negotiations necessary to reach a resolution of the Claims and this litigation, the Parties respectfully submit that additional time is needed and request the proposed extension.

The Parties believe that their requests will advance meaningful settlement discussions and resolution of this litigation. Thank you for your attention to this matter.

    Respectfully,

    */s/ Michelle McMahon*

    Michelle McMahon
    Counsel for Plaintiff

    and

    */s/ Diana Fitzgerald*

    Diana L. Fitzgerald, Esq.
    Counsel for Defendants